UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
August 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| **HARRY ROBINSON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL NO. SA:23-CV-00015-OLG** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| **DENIS R. MCDONOUGH,** Secretary § | |
| of Veterans Affairs, § | |
| § | |
| **Defendants.** § | |

# ORDER

Before the Court is the above-captioned action, which was initiated by pro se Plaintiff Harry Robinson and referred to United States Magistrate Judge Elizabeth S. Chestney for all pretrial proceedings. On July 19, 2023, Magistrate Judge Chestney issued a report and recommendation (R&R). (*See* Dkt. No. 9.) Robinson was served with a copy of the R&R by certified mail (*see* Dkt. No. 10), and the time to file objections has passed. Because no objections were filed, the Court has reviewed the recommendation to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court finds that the R&R is in all things correct and should be accepted.

It is therefore **ORDERED** that Magistrate Judge Chestney's recommendation (Dkt. No. 9) is **ACCEPTED**. It is further **ORDERED** that, for the reasons stated in the R&R, Plaintiff Harry Robinson's claims are **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

This case is **CLOSED.**

It is so **ORDERED**.

**SIGNED** this __30th__ day of August, 2023.

_____
ORLANDO L. GARCIA
United States District Judge